728 F.2d 1359
 In the Matter of the Complaint of HERCULES CARRIERS, INC.,
for exoneration from or limitation of liability as
Owner of the M/V SUMMIT VENTURE,
Plaintiffs- Appellees,
v.
STATE OF FLORIDA, et al., Claimants,
Canadian Transport Company, Clipper Maritime Co., Ltd., I.S.
Joseph Company, Inc., Ultraocean S.A., Sabine
Towing & Transportation Company,
Claimants- Appellants.
In the Matter of the Complaint of the UNITED STATES of
America, as Owner of the USCGC BLACKTHORN, for
exoneration from or limitation of
liability, Plaintiff- Appellee,
v.
I.S. JOSEPH SHIPPING, LTD., I.S. Joseph Company, Inc.,
Clipper Maritime Co., Ltd., Pell Nederland, B.V. Termar
Navigation Company, Turbana Banana Corp., Gulfcoast Transit
Co., ABC Containerline, N.V., Wallenius Rederierna and
Motorships, Inc., A/B Helsingfors Steamship Co., Ltd., and
Alianza Naviera Argentina, D.A., Marthanassa Compania
Naviera, S.A., Navios Corp. and Oceanside Ltd., et al.,
Claimants-Appellants.
 Nos. 81-6005, 81-6078.
 United States Court of Appeals,
Eleventh Circuit.
 March 30, 1984.
 
 Jack C. Rinard, MacFarlane, Ferguson, Allison & Kelly, Ted R. Manry, III, Tampa, Fla., for claimants-appellants in both cases.
 Holland & Knight, Gregg D. Thomas, Tampa, Fla., for claimants-appellants in No. 81-6078.
 Kent Westmoreland and Robert C. Tarics, Houston, Tex., for Sabine Towing & Transp. Co.
 Dewey R. Villareal, Jr., Tampa, Fla., for Kingston Shipping Co., Inc., Apex Marine Corp. and Hercules Carriers.
 Arthur L. Schechter, Houston, Tex., for Kingston Shipping Co., Inc. and Apex Marine Corp.
 James O. Davis, Jr., Tampa, Fla., for Judith T. Curtin.
 Richard F. Ralph, Miami, Fla., for Greyhound Lines.
 David G. Hanlon, Tampa, Fla., for State of Fla. (Dept. of Transp.).
 David V. Hutchinson, Civ. Div., Torts Branch, U.S. Dept. of Justice, Washington, D.C., for plaintiff-appellee in No. 81-6078.
 Appeals from the United States District Court for the Middle District of Florida, George C. Carr, Judge.
 Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON and CLARK, Circuit Judges. On petition for rehearing in banc of 720 F.2d 1201.
 PER CURIAM:
 
 
 1
 Because the court is equally divided as to whether to affirm or reverse, the judgment of the district court is AFFIRMED by operation of law.